UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                   CASE NO.   8:21-cv-2977-VMC-CPT
                                                                                 8:20-cr-304-VMC-CPT

CHRISTOPHER JOHN STREETER
a/k/a "JACK REACHER"
a/k/a "JOHN CHRIS"

### UNITED STATES' MOTION FOR THIS COURT TO DIRECT COUNSEL TO SUBMIT AFFIDAVITS

The United States moves for this Court to direct counsel to submit affidavits addressing Christopher John Streeter's various ineffective assistance of counsel claims in his 28 U.S.C. § 2255 motion. In support, the United States submits as follows:

1. On October 15, 2020, Streeter pleaded guilty by plea agreement to an information charging him with sex trafficking of a minor, in violation of 18 U.S.C. § 1591(a) and (b)(1). Docs. 1, 6. This Court sentenced Streeter to life in prison. Doc. 50.

2. On December 23, 2021, Streeter moved to vacate his conviction and sentence under section 2255. Doc. 73. In his motion, Streeter makes various ineffective assistance of counsel claims relating to representation by counsel of record Mark Rankin, Esq. and predecessor counsel Walter Reynoso, Esq. Doc. 73. Mr. Rankin has filed a motion to withdraw as counsel of record. Doc. 74.

3. This Court's order directed the United States to respond to Streeter's motion, but did not direct counsel to submit affidavits addressing Streeter's claims. *Streeter v. United States*, Case No. 8:21-cv-2977-VMC-CPT, Doc. 2.

1

4. The United States therefore moves for this Court to enter an order directing Mark Rankin, Esq., and Walter Reynoso, Esq., to draft, execute, and submit affidavits addressing Streeter's various ineffective assistance of counsel claims, to the extent that the claims relate to respective counsel.

5. The United States further moves for an additional 45-day extension of time to respond to Streeter's motion.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: */s/ Francis D. Murray*
Francis D. Murray
Assistant United States Attorney
Florida Bar No. 0108567
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Francis.Murray2@usa.doj.gov

| | |
|---|---|
| U.S. v. CHRISTOPHER STREETER | Case No. 8:21-cv-2977-VMC-CPT |
| | 8:20-cr-304-VMC-CPT |

### CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mark P. Rankin, Esq.

/s/ Francis D. Murray
Francis D. Murray
Assistant United States Attorney
Florida Bar No. 0108567
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Francis.Murray2@usa.doj.gov